# IN THE SUPREME COURT OF THE STATE OF NEVADA

ELSAYED ELNENAEY,
                Appellant,
         vs.
MERVAT OSMAN, F/K/A MERVAT O.
ELNENAEY,
              Respondent.

No. 71518

**FILED**

NOV 04 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal in which appellant challenges several district court orders. Eighth Judicial District Court, Family Court Division, Clark County; T. Arthur Ritchie, Jr., Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals jurisdictional defects. Specifically, it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify any of the orders as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). In addition, it appears that the orders designated in the notice of appeal are not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a motion to reconsider, an order denying a motion to vacate and dismiss a judgment and granting a motion to strike, an order denying a motion to apportion debt, an order directing appellant to execute documents to transfer property, or an order

setting a filing schedule after a case management conference. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____ Cherry , J.
Cherry

_____ Douglas , J.
Douglas

_____ Gibbons , J.
Gibbons

cc: Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Elsayed Elnenaey
Dickerson Law Group
Eighth District Court Clerk